1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | CANDICE SHUMAN,

Case No.  1:17-cv-01518-EPG

12 |           Plaintiff,

13 |      v.

ORDER RE: STIPULATED DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

14 | UNITED STATES POSTAL SERVICE, *et
al.*,

15

(ECF No. 33)

16 |           Defendants.

17
18

Plaintiff Candice Shuman and Defendant United States of America have filed a

19 stipulation to dismiss this entire action with prejudice. (ECF No. 33.) In light of the stipulation,

the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v.*

20

*City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is

21

respectfully directed to close this case.

22
23 IT IS SO ORDERED.
24

    Dated:   **January 3, 2021**                    /s/ *Erica P. Grosjean*
25                                                   UNITED STATES MAGISTRATE JUDGE
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28